IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSE DE JESUS HERNANDEZ CASTELLANSO, and ANTHONY TORRES, a/k/a Antonio Torres,<br>　　　　　Defendant. | CASE NO. 8:22 CR193<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charges currently pending against the defendant in this court.

1. The defendant affirms receiving a copy of the superseding indictment;
2. The defendant understands the right to appear personally before the Court for an arraignment on the charges, and voluntarily waives that right; and
3. The defendant pleads not guilty to all counts of the superseding indictment.

_____   　04/10/23
ANTHONY TORRES, DEFENDANT　　　　　　　Date

_____　　4/10/23
WILLIAM F. MCGINN, ATTORNEY FOR DEFENDANT　Date

**ORDER**

**IT IS ORDERED** that the Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the clerk of court.

DATED this __18__ day of __April__, 20__23__.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT