IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR193 |
| vs. | |
| ANTHONY TORRES, | ORDER |
| Defendant. | |

    A telephone status conference was held today. Assistant United States Attorney Joseph Meyer appeared for Plaintiff. Attorney William McGinn appeared for Defendant. The parties discussed case status. Defendant made an oral motion to continue the telephone status conference due to other matters pending. The motion was unopposed by the government.

    IT IS ORDERED:

1) Defendant's Unopposed Oral Motion to Continue the Telephone Status Conference is granted.

2) A telephonic status conference with counsel will be held before the undersigned magistrate judge at 11:00 a.m. on April 24, 2025. Counsel for the parties shall use Restricted Order [105] for conference connection instructions to participate in the call.

3) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and April 24, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and other matters pending against the Defendant. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

4) Defendant shall provide a written speedy trial waiver within thirty (30) days.

Dated this 24th day of November, 2024.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge